COMMONWEALTH of Pennsylvania, Respondent

v.

Billy LANGLEY, Petitioner

No. 557 EAL 2016

Supreme Court of Pennsylvania.

July 6, 2017

## ORDER

PER CURIAM

AND NOW, this 6th day of July, 2017, the Petition for Allowance of Appeal is DENIED.